# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Chris Cinkaj                                CHAPTER 13

                    Debtor(s)

                                                          BKY. NO. 23-11385 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of SELECT PORTFOLIO SERVICING INC. and index same on the master mailing list.

                                              Respectfully submitted,

                                  /s/ **Mark A. Cronin**
                                      Mark Cronin
                                      16 May 2023, 11:25:43, EDT

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322