UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Bankruptcy No. 23-11385-mdc |
|---|---|---|
| Chris Cinkaj | : | Chapter 13 |
| Debtor | : | Application to Extend Time to File |

**DEBTOR'S APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES AND ALL OTHER NECESSARY DOCUMENTS**

Chris Cinkaj, Chapter 13 Debtor, respectfully requests an extension of time to file his schedules and avers as follows:

1. Debtor filed a Chapter 13 Petition on May 11, 2023.

2. Due to delay cause by out of town travel, Debtor needs additional time to complete the required documents.

3. This is Debtor's first request for additional time.

WHEREFORE, Debtor requests that this court grant an additional 14 days to file required schedules and other documents.

Date: May 23, 2023                                    /s/ Paul A. R. Stewart
                                                                   Paul A. R. Stewart, Esquire
                                                                   Legal Helm LLC
                                                                   Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Bankruptcy No. 23-11385-mdc |
|---|---|---|
| Chris Cinkaj | : | Chapter 13 |
| Debtor | : | Application to Extend Time to File |

**ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of the Debtor's Application for Extension of Time to File Schedules and Documents, the application is HEREBY GRANTED and it is ORDERED the time to file schedules and documents is extended to the _____ day of _____, 2023.

BY THE COURT:

_____