# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Bankruptcy No. 23-11385-mdc |
|---|---|---|
| Chris Cinkaj | : | Chapter 13 |
| Debtor | : | Application to Extend Time to File |

## ORDER

AND NOW, this __23rd__ day of __May__, 2023, upon consideration of the Debtor's Application for Extension of Time to File Schedules and Documents, the application is HEREBY GRANTED and it is ORDERED the time to file schedules and documents is extended to the __9th__ day of __June__, 2023.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge

2