**Fill in this information to identify your case:**

Debtor 1 __Chris_____ _____ __Cinkaj_____
          First Name                Middle Name     Last Name

Debtor 2 _____
(Spouse, if filing) First Name       Middle Name     Last Name

United States Bankruptcy Court for the: __Eastern__ District of __Pennsylvania__

Case number __23-11385-mdc_____
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules 12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ __/s/ Chris Cinkaj_____       ✗ _____
Signature of Debtor 1                         Signature of Debtor 2

Date __06/09/2023__                           Date _____
     MM / DD / YYYY                                MM / DD / YYYY