UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Chris Cinkaj, | : | Case No. 23-11385-mdc |
| | : | Chapter 13 |
| | : | |
| | : | DEBTOR'S MOTION FOR |
| Debtor | : | VOLUNTARY DISMISSAL OF |
| | : | CHAPTER 13 CASE |

**ORDER**

AND NOW, upon review of Debtor's Motion for Voluntary Dismissal of Chapter 13 Case, it is ORDERED the case is DISMISSED without Prejudice

BY THE COURT:

Date 08/07/2023

_____
MAGDELINE D COLEMAN, CHIEF JUDGE